Z. Ryan Pahnke
Nevada Bar No. 9641
Robert O. Rice (*Admitted pro hac vice*)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Email: rpahnke@rqn.com
          rrice@rqn.com

David J. Malley
Nevada Bar No. 8171
**HUTCHISON & STEFFEN PLLC**
10080 W. Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Email: dmalley@hutchlegal.com
*Designated for service pursuant to LR IA 11-1(b)*

*Attorneys for Defendants Western Governors University, Kumar Pandya, Allen C. Clarkson, Elizabeth McCarthy, Liz Moenich, Stan Schmidt, Brian Hicks, Heather DeTomaso, Rochelle Sydnor Kahl, Robbyn Michaels, and Rachel Lay*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EDWARD C. ALLEN, an individual<br><br>Plaintiff,<br><br>v.<br><br>WESTERN GOVERNORS UNIVERSITY; KUMAR PANDYA, an individual; ALLEN C. CLARKSON, an individual; ELIZABETH KRIPPNER, an individual; LIZ MOENICH, an individual; STAN SCHMIDT, an individual; BRIAN HICKS, an individual; HEATHER RENEE WEST, an individual; ROCHELLE SNYDOR KAHL, an individual; ROBBYN MICHEALS, an individual; RACHEL LAY, an individual; DOES I-XX and ROES I-X inclusive<br><br>Defendants. | Case No. 2:25-CV-00325-RFB-NJK<br><br>**ORDER**<br>**TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Judge Richard F. Boulware, II<br>Magistrate Judge Nancy J. Koppe |

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT

1

Pursuant to LR IA 6-1, the parties in this action, Plaintiff Edward C. Allen and Defendants Western Governors University and the individual defendants, hereby stipulate to and request that the Court extend the deadline for Defendants to file a responsive pleading to Plaintiff's First Amended Complaint, (Docket No. 23) until June 13, 2025. This is the first stipulated motion to extend this deadline. Plaintiff filed his First Amended Complaint on May 8, 2025.

As required by LR 26-3, the parties include the following information about good cause for the requested extension: On February 19, 2025, Plaintiff filed his original Complaint in the above-captioned matter, alleging fourteen causes of action. After Defendants filed their Motion to Dismiss, Plaintiff filed an Amended Complaint, which modified the allegations in the original Complaint and asserted new causes of action not included in the original Complaint. The Amended Complaint contains thirteen causes of action against eleven defendants. Because of the number of claims, including new claims, Defendants require additional time to examine the factual allegations and legal basis underlying the Amended Complaint. In addition, Defendants' lead counsel Robert Rice's litigation and counseling schedule requires he request additional time to analyze and respond to the Amended Complaint. Finally, there are no pending motions and no discovery schedule has been set and thus, the requested extension will not affect this matter's litigation schedule. For these reasons, the parties stipulate to and move the Court for an order permitting Defendants to respond to the Amended Complaint on or before June 13, 2025.

IT IS SO ORDERED.
Dated: May 16, 2025

Nancy J. Koppe
United States Magistrate Judge