**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDWARD C. ALLEN,<br><br>          Plaintiff,<br><br>v.<br><br>WESTERN GOVERNORS UNIVERSITY, *et al*.,<br><br>          Defendants. | Case No. 2:25-cv-00325-RFB-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  A joint discovery plan must be filed by June 11, 2025.

IT IS SO ORDERED.

Dated: June 9, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1