1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

EDWARD C. ALLEN,

      Plaintiff,

v.

WESTERN GOVERNORS UNIVERSITY, *et al.*,

      Defendants.

Case No. 2:25-cv-00325-RFB-NJK

**Order**

[Docket No. 41]

13        Pending before the Court is Defendants' motion to stay discovery.  Docket No. 41.  Plaintiff
14  did not file a response.  *See* Docket.  The motion is properly resolved without a hearing.  *See* Local
15  Rule 78-1.

16        The Court has broad discretionary power to control discovery.  *See, e.g.*, *Little v. City of*
17  *Seattle*, 863 F.2d 681, 685 (9th Cir. 1988).  "The Federal Rules of Civil Procedure do not provide
18  for automatic or blanket stays of discovery when a potentially dispositive motion is pending."
19  *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011).  The party seeking a stay of
20  discovery bears the burden of making a strong showing that discovery should be denied.  *Turner*
21  *Broad. Sys., Inc. v. Tracinda Corp.*, 175 F.R.D. 554, 556 (D. Nev. 1997).  Discovery may be stayed
22  when: (1) there is a pending motion that is potentially dispositive; (2) the potentially dispositive
23  motion can be decided without additional discovery; and (3) the Court has taken a "preliminary
24  peek" at the merits of the underlying motion and is convinced that Plaintiff will be unable to state
25  a claim for relief.  *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013).

26        The Court agrees with Defendants that these elements are present here.  The motion is
27  potentially dispositive of the case and may be decided without discovery.  Moreover, the Court is

28

convinced by the arguments presented in the motion to dismiss that Plaintiff will be unable to state a claim.[1]

Accordingly, the Court **GRANTS** the motion to stay discovery pending resolution of Defendants' motion to dismiss.  Docket No. 41.  In the event the underlying motion to dismiss is not granted in full, a joint discovery plan must be filed within 14 days of the resolution of the motion to dismiss.

IT IS SO ORDERED.

Dated: July 28, 2025

Nancy J. Koppe
United States Magistrate Judge

---

[1] Conducting the preliminary peek puts the undersigned in an awkward position because the assigned district judge will decide the motion to dismiss and may have a different view of its merits.  *See Tradebay*, 278 F.R.D. at 603.  The undersigned's "preliminary peek" at the merits of the motion to dismiss is not intended to prejudice its outcome.  *See id.*  As a result, the undersigned will not provide a lengthy discussion of the merits of the pending motion to dismiss in this instance.  Nonetheless, the undersigned has carefully reviewed the arguments presented in the underlying motion and subsequent briefing.  *See* Dockets Nos. 34, 40, 46.